**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  5:14CR197 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| MATTHEW SHEARS, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge George J. Limbert's Report and Recommendation that the Court ACCEPT Defendant Matthew Shears' ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Doc. No. 24.)

On June 3, 2014, the government filed an Indictment against Defendant. (Doc. No. 1.) On January 29, 2015, this Court issued an order assigning this case to Magistrate Judge Limbert for the purpose of receiving Defendant's guilty plea. (Doc. No. 22.)

On February 6, 2015, a hearing was held in which Defendant entered a plea of guilty to Counts One and Two of the Indictment, charging him with Receipt and Attempted Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct, in violation of Title 18 U.S.C. Section 2252(a)(2). Magistrate Judge Limbert received Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 24.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the Defendant's plea of guilty is APPROVED.

Therefore, the Defendant is adjudged guilty of Counts One and Two in violation of Title 18 U.S.C. Section 2252(a)(2). The sentencing will be held on May 6, 2015 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: March 11, 2015

_____
 **HONORABLE SARA LIOI**
 **UNITED STATES DISTRICT JUDGE**